ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
DIONNE MOCHON, State Bar No. 203092
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9012
 Fax:  (619) 645-2061
 E-mail:  Dionne.Mochon@doj.ca.gov
*Attorneys for Defendant*
*R. Carter*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AKIVA A. ISRAEL,**<br><br>Plaintiff,<br><br>v.<br><br>**R. CARTER,**<br><br>Defendant. | 2:21-cv-01267 JAM KJN P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME TO REQUEST SETTLEMENT CONFERENCE** |

Good cause appearing, Defendant's request to extend the time to request a settlement conference (ECF No. 21) is GRANTED.  This extension expires December 31, 2021.

Dated:  December 20, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Is1267.eot(d)