IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AKIVA A. ISRAEL,**<br><br>           Plaintiff,<br><br>   v.<br><br>**R. CARTER,**<br><br>           Defendant. | 2:21-cv-01267 JAM KJN<br><br>**ORDER** |

Defendant R. Carter ("Defendant") requests the Court vacate the order staying the case and referring the matter to the Post-Screening Alternative Dispute Resolution (ADR) Project. After reviewing Defendant's request, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 23) is GRANTED. Defendant shall file a responsive pleading within thirty (30) days of the date of this order; and
2. The stay in this action is lifted.

Dated: December 27, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Is1267.lf

1