UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL, | No. 2: 21-cv-1267 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| RUBY CARTER, et al., | |
| Defendants. | |

Pending before the court is plaintiff's November 17, 2021 motion for an extension of time to file objections to the September 20, 2021 findings and recommendations. (ECF No. 20.) For the reasons stated herein, plaintiff's motion is granted.

On September 20, 2021, the magistrate judge recommended that all claims and defendants in the amended complaint, except for the Eighth Amendment claim against defendant Carter, be dismissed. (ECF No. 13.) Plaintiff did not file objections. On November 16, 2021, the undersigned adopted the September 20, 2021 findings and recommendations. (ECF No. 19.)

In the pending motion, plaintiff alleges that he did not receive the October 19, 2021 order granting him a fourteen-days extension of time to file objections until November 15, 2021. (ECF No. 20.)

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The November 16, 2021 order adopting the September 20, 2021 findings and recommendations (ECF No. 19) is vacated;
2. Plaintiff's motion for an extension of time (ECF No. 20) is granted; and
3. Plaintiff is granted fourteen days from the date of this order to file objections to the September 20, 2021 findings and recommendations.

Dated:  December 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE