UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL,<br><br>   Plaintiff,<br><br>   v.<br><br>R. CARTER,<br><br>   Defendant. | No. 2: 21-cv-1267 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff's motion to opt out of the Post-Screening ADR Project (ECF No. 28), filed January 6, 2022, is denied as unnecessary.

On November 12, 2021, the undersigned referred this action to the Post-Screening ADR Project. (ECF No. 18.) On December 27, 2021, the undersigned granted defendant's motion to opt out of the Post-Screening ADR Project and lifted the stay of this action. (ECF No. 24.)

Because the undersigned granted defendants' motion to opt out of the Post-Screening ADR Project on December 27, 2021, plaintiff's motion to opt out of the Post-Screening ADR Project, filed January 6, 2022, is denied as unnecessary.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to opt out of the Post-Screening ADR Project (ECF No. 28) is denied as unnecessary.

Dated: January 10, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ls1267.ord