IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA A. ISRAEL,** | Case No. 2:21-cv-01267 JAM KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **R. CARTER,** | |
| Defendant. | |

On March 25, 2022, Defendant Carter sought to modify the Court's order to extend the time to file an Answer to the Second Amended Complaint by forty-five days. Good cause having been shown, Defendant's motion (ECF No. 38) is granted, and the Answer must be filed by May 29, 2022.

**IT IS SO ORDERED.**

Dated: March 29, 2022

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Is1267.eot(d2)**