UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBY CARTER, et al.,<br><br>　　　　　Defendants. | No.  2: 21-cv-1267 JAM KJN P<br><br><br>ORDER |

　　Plaintiff has requested an extension of time to file objections to the findings and recommendations filed March 24, 2022.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 40) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed March 24, 2022.

Dated:  April 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　                                          　　　UNITED STATES MAGISTRATE JUDGE

Is1267.eot(2)

1