UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL, | No. 2: 21-cv-1267 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| RUBY CARTER, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the reasons stated herein, defendant is ordered to file a response to plaintiff's motion to postpone her deposition, filed May 5, 2022.

    In the pending motion, plaintiff does not state when her deposition is scheduled.  However, plaintiff requests that her deposition be postponed for thirty days based on her May 1, 2022 hospitalization for injuries sustained as a result of recurrent seizures.  (ECF No. 44 at 1.)  Plaintiff was apparently taken to the emergency room on May 1, 2022, and is no longer hospitalized.  Plaintiff alleges that she remains in medical duress and continues to suffer from dizziness, fainting, seizures, trouble breathing and confusion.  (Id.)

    Attached to plaintiff's motion are medical records from Sutter Amador Hospital stating that on May 1, 2022, plaintiff was diagnosed with an accidental naproxen overdose and lumbar contusion.  (Id. at 4.)  Plaintiff also attaches medical records from Mule Creek State Prison

1

("MCSP") indicating that on March 12, 2022, she was treated for injuries suffered after falling. (Id. at 14.)

Good cause appearing, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion to postpone her deposition within seven days of the date of this order.

Dated: May 11, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ls1267.dep

2