1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AKIVA A. ISRAEL,                              No.  2:21-cv-1267 JAM KJN P

12                 Plaintiff,

13          v.                                     ORDER

14   RUBY CARTER, et al,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On March 24, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Plaintiff was granted

23   extensions of time to file objections on April 13, 2022 and June 08, 2022.  Neither party filed

24   objections to the findings and recommendations.

25          The court presumes that any findings of fact are correct.  See Orand v. United States, 602

26   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

27   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

28   reviewed the file, the court finds the findings and recommendations to be supported by the record

1

and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2022, are adopted in full;

2. All claims raised in the second amended complaint, but for claims one and two against defendant Carter, are dismissed.

DATED:  July 26, 2022                                    /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE

2