1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AKIVA A. ISRAEL,                          No.  2: 21-cv-1267 DAD KJN P

12              Plaintiff,

13         v.                                    ORDER

14    RUBY CARTER, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983. On September 9, 2022, plaintiff filed a statement of non-opposition to

19    defendants' motion to modify the scheduling order.  (ECF No. 66.)  On September 12, 2022, the

20    undersigned granted defendants' motion to modify the scheduling order.  (ECF No. 65.)

21         The undersigned herein clarifies several matters raised in plaintiff's statement of non-

22    opposition filed September 9, 2022.

23         In her statement of non-opposition, plaintiff alleges that the court failed to respond to

24    plaintiff's motion for clarification and plaintiff's motion for reconsideration.  (ECF No. 66 at 1.)

25    Plaintiff also alleges that defendants failed to produce discovery, i.e., AG-064-AG-079 and AG-

26    090-AG-095.  (Id.)

27         Plaintiff filed a motion for clarification on June 1 2022.  (ECF No. 50.)  On June 8, 2022,

28    the undersigned denied plaintiff's motion for clarification.  (ECF No. 51.)  On September 9, 2022,

1

1  the court denied plaintiff's motion for reconsideration.  (ECF No. 64.)  Therefore, plaintiff's

2  claim in her statement of non-opposition that the court failed to address her motion for

3  clarification and motion for reconsideration is inaccurate.

4          On August 25, 2022, the undersigned denied plaintiff's motion to compel defendants to

5  provide further responses to request for production of documents nos. 1-3, 6-7 and 9-12.  (ECF

6  No. 61.)  It is unclear whether AG-064-AG-079 and AG-090-AG-095 were requested in request

7  nos. 1-3, 6-7 and 9-12.  To the extent AG-064-AG-079 and AG-090-AG-095 were included in

8  request nos. 1-3, 6-7 and 9-12, defendants' failure to produce these documents was addressed in

9  the August 25, 2022 order.  If AG-064-AG-079 and AG-090-AG-095 were not included in

10  request nos. 1-3, 6-7 and 9-12, discovery closed on September 2, 2022.  (ECF No. 43.)

11  Therefore, the time for plaintiff to file a motion to compel regarding these documents has passed.

12          Accordingly, IT IS HEREBY ORDERED that the matters raised in plaintiff's statement of

13  non-opposition are deemed resolved.

14  Dated:  September 26, 2022

15

16  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

17

18  Is1267.ord(4)

19

20

21

22

23

24

25

26

27

28

2