UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL,<br><br>       Plaintiff,<br><br>   v.<br><br>RUBY CARTER,<br><br>       Defendant. | No.  2: 21-cv-1267 DAD KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for a four to five months extension of time to file an opposition to defendant's summary judgment motion.  (ECF No. 86.)  For the reasons stated herein, plaintiff is granted an extension of forty-five days to file her opposition.

      On May 10, 2023, defendant filed the pending summary judgment motion.  (ECF No. 77.)  On June 21, 2023, the undersigned granted plaintiff a thirty days extension of time to file an opposition.  (ECF No. 80.)  On July 18, 2023, the undersigned denied plaintiff's request for a copy of her deposition transcript and granted plaintiff thirty days to file her opposition.  (ECF No. 83.)

////

////

1    In the pending motion for extension of time, filed August 21, 2023, plaintiff states that she was placed in administrative segregation ("ad seg") without her legal property. (ECF No. 86 at 1.) Plaintiff alleges that shortly after she was placed in ad seg, she required emergency cycles of treatment for her schizophrenia. (Id.) Plaintiff alleges that her brain functions are disrupted due to episodes of epilepsy. (Id.) Plaintiff alleges that she cannot respond to defendant's summary judgment motion until her neurological and neuropsychological distress is medically resolved. (Id. at 2.) Plaintiff requests a four to five months extension of time to file her opposition. (Id.)

Attached to plaintiff's pending motion is a document titled "Administrative Segregation Unit Placement Notice." (Id. at 3.) This document states that plaintiff was placed in ad seg on July 21, 2023. (Id.)

Attached to plaintiff's pending motion is plaintiff's medical record dated August 9, 2023, describing the reason for the visit as, "1: Borderline personality disorder; 2: Gender dysphoria in adolescents and adults; Acne; Asthma; Dry skin; Gender dysphoria; Generalized anxiety disorder; PTSD (post-traumatic stress disorder); potential for lack of continuity of care; seizure disorder." (Id. at 8.) In relevant report, this report states that on August 9, 2023, plaintiff had a "breakthrough seizure." (Id. at 9.) The report indicates that plaintiff was referred to neurology based on the breakthrough seizure. (Id.) The report indicates that plaintiff's appointment with neurology is November 7, 2023. (Id.)

The medical and mental health records attached to plaintiff's pending motion do not reflect that plaintiff has schizophrenia.

While the undersigned is sympathetic to plaintiff's medical and mental health conditions, the undersigned finds that the medical and mental health records attached to the pending motion do not demonstrate good cause to grant plaintiff a four to five months extension of time to file her opposition. The undersigned finds good cause to grant plaintiff a forty-five days extension of time to file her opposition. If plaintiff does not have access to her legal property following forty-five days, she shall notify the court.

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
2  (ECF No. 86) is granted; plaintiff's opposition to defendant's summary judgment motion is due
3  within forty-five days of the date of this order; if plaintiff does not have access to her legal
4  property within that time, she shall notify the court.
5  Dated:  August 24, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ls1267.ord(5)