UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBY CARTER,<br><br>    Defendant. | No. 2: 21-cv-1267 DAD KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. The undersigned herein addresses plaintiff's motions for relief and for leave to file an amended complaint. (ECF Nos. 88, 89.)

Motion for Relief

*Background*

On May 10, 2023, defendant filed a summary judgment motion. (ECF No. 77.) On June 21, 2023, the undersigned granted plaintiff's motion for a thirty-days extension of time to file an opposition to defendant's summary judgment motion. (ECF No. 80.) On August 21, 2023, plaintiff filed a motion for a four to five months extension of time to file her opposition. (ECF No. 86.) In relevant part, plaintiff claimed that she was placed in administrative segregation on July 21, 2023, and did not have access to her legal property. (Id.) On August 24, 2023, the undersigned granted plaintiff a forty-five days extension of time to file her opposition. (ECF No.

1

87.) The undersigned ordered that if plaintiff did not have access to her legal property within that time, she shall notify the court. (Id.)

*Discussion*

On September 18, 2023, plaintiff filed the pending motion for relief. (ECF No. 88.) In this motion, plaintiff states that on September 1, 2023, she was notified that she would remain in solitary confinement and be transferred. (Id.) Plaintiff states that she will not have access to her relevant legal property until a change in her emergency program or until her transfer is complete. (Id.)

The undersigned construes plaintiff's pending motion for relief as a motion for extension of time to file her opposition to defendant's summary judgment motion. Good cause appearing, plaintiff is granted a thirty-days extension of time to file her opposition. If plaintiff does not have access to her legal property within that time, she shall notify the court.

Plaintiff's Motion to File an Amended Complaint

On September 22, 2023, plaintiff filed a motion for leave to file an amended complaint. (ECF No. 89.) Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court and defendant Carter are unable to evaluate it. Accordingly, plaintiff's motion to file an amended complaint is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for relief (ECF No. 88), construed as a motion for extension of time, is granted; plaintiff's opposition to defendant's summary judgment motion is due within thirty days of the date of this order; if plaintiff does not have access to her legal property within that time, she shall notify the court; and

////
////
////
////

2. Plaintiff's motion for leave to file an amended complaint (ECF No. 89) is denied.

Dated: September 27, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ls1267.10b