UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL,<br><br>             Plaintiff,<br><br>    v.<br><br>RUBY CARTER,<br><br>             Defendant. | No. 2: 21-cv-1267 DAD KJN P<br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, defendant is ordered to file a status report addressing plaintiff's access to her legal property, related to the instant action, allegedly stored in Receiving and Release.

      On May 10, 2023, defendant filed a summary judgment motion. (ECF No. 77.) On June 21, 2023, July 18, 2023, August 24, 2023, and September 28, 2023, the undersigned granted plaintiff extensions of time to file her opposition.[1] (ECF Nos. 80, 83, 87, 90.)

      On September 28, 2023, the Clerk of the Court updated plaintiff's address of record to reflect that plaintiff is now housed at Salinas Valley State Prison ("SVSP").

      On October 16, 2023, plaintiff filed the pending motion for administrative relief. (ECF

---

[1] In the motions for extensions of time filed August 21, 2023, and September 18, 2023, plaintiff alleged that she was placed in administrative segregation without access to her legal property. (ECF Nos. 86, 88.)

1

No. 91.) Plaintiff requests that the court order the SVSP Warden to grant her immediate access to her excess legal property lodged in Receiving & Release. (Id.) Plaintiff alleges that her inability to access her excess legal property lodged in Receiving and Release "is profoundly prejudicial to plaintiff's interests, right and ability to prosecute this case fairly."[2] (Id.)

In the pending motion, plaintiff appears to claim that she cannot prepare her opposition to defendant's summary judgment motion without access to her excess legal property stored in Receiving and Release.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant shall file a status report addressing plaintiff's access to her excess legal property, related to the instant action, allegedly stored in Receiving and Release.

Dated: October 19, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Is1267.lp

---

[2] Attached to plaintiff's motion for administrative relief, filed October 16, 2023, is a copy of a grievance signed by plaintiff on April 4, 2022, when she was housed at Mule Creek State Prison ("MCSP"). (ECF No. 91 at 4.) In this grievance, plaintiff requested access to her stored legal materials. (Id.) Plaintiff was housed at the California Men's Colony ("CMC") when she filed the motions for extensions of time to file her opposition to defendant's summary judgment motion.

2