UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL,<br><br>            Plaintiff,<br><br>       v.<br><br>RUBY CARTER,<br><br>            Defendant. | No. 2:21-cv-1267 DAD KJN P<br><br><br>ORDER |

   Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 11, 2023, the undersigned recommended that this action be dismissed based on plaintiff's failure to prosecute.  (ECF No. 98.)  In particular, the undersigned found that plaintiff failed to file an opposition to defendant's summary judgment motion.  (Id.)

   On December 29, 2023, plaintiff filed a motion for an extension of time to file objections to the December 11, 2023 findings and recommendations.  (ECF No. 99.)  Attached to plaintiff's objections is her opposition to defendant's summary judgment motion.  (Id.)

   Good cause appearing, IT IS HEREBY ORDERED that:

   1.  The December 11, 2023 findings and recommendations (ECF No. 98) are vacated;

   2.  Plaintiff's motion for an extension of time to file objections (ECF No. 99) is denied as unnecessary; and

////

1

3. Defendant may file a reply to plaintiff's opposition within fourteen days of the date of this order.

Dated: January 5, 2024

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ls1267.vac(2)

2