UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBY CARTER,<br><br>　　　　　Defendant. | No.  2:21-cv-1267 DAD KJN P<br><br><br>ORDER |

Plaintiff filed a motion for a sixteen days extension of time to file objections to the findings and recommendations filed January 24, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 105) is granted; and

2. Plaintiff is granted sixteen days from the date of this order to file objections to the findings and recommendations filed January 24, 2024.

Dated:  February 8, 2024

　　　　　　　　　　　　　　　　　　　　　*/s/ Carolyn K. Delaney*
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Is1267.eot(p2)