UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBY CARTER, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01267-DAD-KJN (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME, ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 77, 101, 104, 108) |

　　　　Plaintiff Akiva Avikaida Israel is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 24, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for reconsideration be denied, defendant Ruby Carter's motion for summary judgment be granted,[1] and that this action be dismissed. (Doc. No. 104.)

---

[1] On July 26, 2022, the undersigned adopted the magistrate judge's findings and recommendations, recommending that all claims asserted in plaintiff's second amended complaint, except for claims one and two brought against defendant Carter, be dismissed. (Doc. No. 57.) However, the docket was not then updated to reflect that defendants Snow, Patterson, Santos, and Gates had been terminated as defendants in this action. Accordingly, the court will direct the Clerk of the Court to update the docket to reflect that those defendants were terminated as named defendants on July 26, 2022.

1

1          On May 10, 2023, defendant filed the pending motion for summary judgment.  (Doc. No.
2   77.)  On December 11, 2023, the magistrate judgment issued findings and recommendations,
3   recommending that this action be dismissed for failure to prosecute due to plaintiff's repeated
4   failure to file an opposition to defendant's motion for summary judgment.  (Doc. No. 98 at 7–8.)
5   On December 29, 2023, plaintiff filed a motion for extension of time to file objections to the
6   December 11, 2023 findings and recommendations.  (Doc. No. 99.)  Plaintiff attached an
7   opposition to defendant's summary judgment motion to her request for an extension of time.  (*Id.*)
8   Accordingly, on January 5, 2024, the magistrate judge issued an order vacating the December 11,
9   2023 findings and recommendations, denying plaintiff's December 29, 2023 motion for an
10  extension of time to file objections to the December 11, 2023 findings and recommendations as
11  unnecessary, and granting defendant fourteen days to file a reply to plaintiff's opposition to the
12  motion for summary judgment.  (Doc. No. 100 at 1, 2.)
13         On January 12, 2024, plaintiff filed the pending motion for reconsideration of the part of
14  the magistrate judge's January 5, 2024 order that denied plaintiff's December 29, 2023 motion for
15  an extension of time to file objections to the December 11, 2023 findings and recommendations.
16  (Doc. No. 101.)  In her motion for reconsideration, plaintiff explains that in her December 29,
17  2023 motion for an extension of time, she informed the court that the opposition to defendant's
18  motion for summary—which was attached to her motion for extension of time—was incomplete.
19  (Doc. No. 101 at 1.)  In addition, plaintiff requested a fifteen-day extension of time to file
20  additional briefing in support of her opposition to defendant's pending motion for summary
21  judgment.  (*Id.*)
22         In the findings and recommendations now pending before the court, the magistrate judge
23  concluded that to the extent plaintiff's December 29, 2023 motion for an extension of time sought
24  additional time to file supplemental briefing in support of her opposition to defendant's motion
25  for summary judgment, plaintiff did not show good cause to grant that requested further extension
26  of time.  (Doc. No. 104 at 2.)  Additionally, with respect to defendant's motion for summary
27  judgment, the magistrate judge recommended granting that motion, concluding that the denial of
28  Mirtazapine for plaintiff on a single occasion, even if established, did not amount to an Eighth

1   Amendment violation for deliberate indifference to a serious medical need.  (*Id.* at 11–12.)

2   The pending findings and recommendations were served on plaintiff and contained notice
3   that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 12.)
4   However, no objections to the pending findings and recommendations have been filed.  In this
5   regard, on February 8, 2024, the magistrate judge granted plaintiff's motion for a sixteen-day
6   extension of time to file objections to the pending findings and recommendations.  (Doc. No.
7   106.)  On February 26, 2024, plaintiff filed a second motion for an extension of time to file
8   objections to the pending findings and recommendations.  (Doc. No. 108.)  In the February 26,
9   2024 motion, plaintiff explains that she requires additional time to obtain medical records to
10  support her opposition to defendant's motion for summary judgment.  (*Id.* at 1–2.)  The court has
11  granted  plaintiff multiple extensions of time to file an opposition to defendant's motion for
12  summary judgment.  (Doc. Nos. 80, 83, 87, 90, 94.)  In doing so, the court has previously warned
13  plaintiff that no further extensions of time to file an opposition to defendant's motion for
14  summary judgment would be granted.  (*See* Doc. Nos. 83 at 2; 94 at 3.)  It appears that plaintiff,
15  in requesting additional time to obtain medical records in support of her claims, is simply
16  attempting to delay resolution of this case.  Accordingly, the court will deny plaintiff's February
17  26, 2024 motion for an extension of time to file objections.

18  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
19  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
20  findings and recommendations are supported by the record and by proper analysis.

21  Accordingly:

22  1.   Plaintiff's motion for a further extension of time to file objections (Doc. No. 108)
23       is denied;
24  2.   The findings and recommendations issued on January 24, 2024 (Doc. No. 104) are
25       adopted in full;
26  3.   Plaintiff's motion for reconsideration (Doc. No. 101) is denied;
27  4.   Defendants' motion for summary judgment (Doc. No. 77) is granted;
28  /////

3

5. The Clerk of the Court is directed to correct the docket to reflect that defendants Shawntel Snow, Traci Patterson, Dawn Santos, and Sara Gates were dismissed from this action on July 26, 2022 (*see* Doc. Nos. 37, 57); and

6. The Clerk of the Court is directed to enter judgment in favor of defendant Ruby Carter and close this case.

IT IS SO ORDERED.

Dated:  **March 5, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

4